```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

FRUITSWORLDWIDE,

                Plaintiff,

            23-cv-796 (JGK)

      - against -

            ORDER

M/V ZIM MONACO, ET AL.,

                Defendants.

**JOHN G. KOELTL, District Judge:**

The time for the plaintiff to serve the summons and complaint is extended to **June 9, 2023.** If the plaintiff fails to serve the summons and complaint by that date, the case may be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED.**

Dated:    New York, New York
           May 9, 2023

                                          _____
                                            John G. Koeltl
                                         **United States District Judge**