UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRUITSWORLDWIDE,

                Plaintiff(s)

        -against-

M/V ZIM MONACO,

                Defendant(s).
------------------------------------------------------------X

23 civ 796 (JGK)

## ORDER

The Court, having extended the time to serve the summons and complaint to July 16, 2023,

The conference scheduled for July 19, 2023, at 4:00pm, is canceled.

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 12, 2023