```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
FRUITSWORLDWIDE,
                                              23-cv-796 (JGK)
                Plaintiff,
                                              ORDER
        - against -

ZIM INTEGRATED SHIPPING SERVICES
LTD., ET AL.,

                Defendants.
───────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by **August 21, 2023.**

**SO ORDERED.**

**Dated:    New York, New York**
**          August 4, 2023**

                                /s/ John G. Koeltl
                              ─────────────────────────
                                  **John G. Koeltl**
                              **United States District Judge**